UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VALERIE A. WALKER                                                                  PLAINTIFF

v.                           CASE NO. 5:14CV00268 BSM

ARKANSAS DEPARTMENT OF CORRECTION                                DEFENDANT

### ORDER

Plainitff's motions to compel discovery [Doc. Nos. 55 & 56] are denied and defendant's motion to stay discovery [Doc. No. 59] is granted.

Plaintiff's motions to compel are denied because she fails to indicate that she served any discovery on opposing counsel. Federal Rule of Civil Procedure 5(d) provides that discovery requests and responses are not to be filed in the record; rather, they should be mailed directly to opposing counsel with a certificate of service. *See also* Local Rule 5.5(c)(2) (requiring pro se litigants to "be familiar with and follow the Federal Rules of Civil Procedure"). Further, because defendant's motion to stay is granted, plaintiff's discovery motions [Doc. Nos. 55 & 56] must be denied. Plaintiff is also directed to stop filing discovery in the record and to abide by the Federal Rules of Civil Procedure and the local rules of this district.

Defendant's motion to stay discovery is granted pending a decision on the motion to dismiss. Rule 26(c)(1) states "The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . ." As there is good cause to stay discovery, defendant's motion [Doc. No. 59] is granted.

IT IS SO ORDERED this 26th day of January 2015.

                                          UNITED STATES DISTRICT JUDGE