5:14cv268

# VERDICT FORM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 4 2016

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

1. <u>Race Discrimination Claim</u>

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the race discrimination claim of Plaintiff Valerie Walker, as submitted in Instruction 9, we find in favor of:

_____   **Defendant ADC**
(Plaintiff Valerie Walker)   or   (Defendant ADC)

**Note:** Answer the next question only if the above finding is in favor of Walker. If the above finding is in favor of defendants, please move to the next section regarding Walker's sex discrimination claim because you have completed your deliberations on this claim.

Has it been proved by the preponderance of the evidence that defendants would have discharged Walker regardless of her race?

_____ Yes   _____ No
(Mark and "X" in the appropriate space)

2. <u>Sex Discrimination Claim</u>

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the sex discrimination claim of Plaintiff Valerie Walker, as submitted in Instruction 10, we find in favor of:

_____   **Defendant ADC**
(Plaintiff Valerie Walker)   or   (Defendant ADC)

**Note:** Answer the next question only if the above finding is in favor of Walker. If the above finding is in favor of defendants, please move to the next section regarding Walker's retaliation claim because you have completed your deliberations on this claim.

Has it been proved by the preponderance of the evidence that defendants would have discharged Walker regardless of her sex?

_____ Yes   _____ No
(Mark and "X" in the appropriate space)

3.   Damages

**Note:**   Complete the following paragraphs only if you found in favor of Valerie Walker on her race or sex discrimination claim and your answer to the corresponding question whether Walker would have been discharged regardless is "no." If you answered "yes" to the corresponding question that Walker would have been discharged regardless, have your foreperson sign and date this form because you have completed your deliberations.

We find Valerie Walker's lost wages and benefits through the date of this verdict to be:

$_____ (stating the amount or, if you find that Valerie Walker's damages have no monetary value, put $1.00).

We find Valerie Walker's other damages, excluding lost wages and benefits to be:

$_____ (stating the amount or, if you find that Valerie Walker's damages have no monetary value, put $1.00).

4.   ADA Retaliation Claim

**Note:**   Complete the following paragraph by writing in the name required by your verdict.

On the retaliation claim of Plaintiff Valerie Walker, as submitted in Instruction 11, we find in favor of:

_____   or   _Defendant ADC_
(Plaintiff Valerie Walker)            (Defendant ADC)

**Note:**   Answer the next question only if the above finding is in favor of Walker. If the above finding is in favor of defendants, you have completed your deliberations on this claim.

Has it been proved by the preponderance of the evidence that defendants would have discharged Walker regardless of her filing of an EEOC charge?

_____ Yes   _____ No
(Mark and "X" in the appropriate space)

_[signature]_
Foreperson

Dated: _March 4, 2016    3:00 pm_