**IN THE UNITED STATES DISTRICT COURTS**

**EASTERN DISTRICT OF ARKANSAS**

**PINE BLUFF DIVISION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 10 2016

JAMES W. McCORMACK, CLERK
.By:_____
DEP CLERK

VALERIE A. WALKER                                                    **PLAINTIFF(S)**

    **VS.**        **CASE NO.**    **5:14-CV-268-BSM**

**ARKANSAS DEPARTMENT OF**                                          **DEFENDANT(S)**

**CORRECTIONS ET AL.,**


## PLAINTIFF REQUEST FOR TRANSCRIPTS AND RECORDS TO BE FILED WITH THE FERDERAL CLERKS OFFICE DATE: MARCH 10, 2016


Come now on this 10th day of March, 2016.  Plaintiff Valerie A. Walker make request for her transcripts and records to be filed with the Federal Courts Clerk Office, Little Rock Arkansas in regards to her Petition for Appeal.  The Plaintiff has submitted e-mail in attention to Ms. Judie Ammons or to Whom it May Concern regarding this matter.


**WHEREFORE,** Plaintiff has filed complaint with this Court was granted a Jury Trial and was granted leave to proceed as Pro Se with Complaint filed against the Arkansas Department of Corrections that discriminated against her rights in regards to her Disability, violations of her Title VII of 1964 Civil Rights ACT Sex (Female), Race **(BLACK)**, retaliation claims and in retaliation for filing an EEOC Complaint on the Arkansas Department of Corrections et al.,  At this time Plaintiff filed an Appeal in Concern for redetermination and Compensatory damages and for a reverse render ruling to render in her "FAVOR" for the following reason:


.    1. Oral argument on her Doctor Zaidi, Saiyid of Family Practice Pine Bluff Arkansas was not allowed to be subpoena to testify as a Witness in my case.  Plaintiff also argues that Attorney Amber Shubert brought up an 8th Garnishment Hearing in regards to a continuing disabling condition on my Medical records of having a steel born child, November 17, 2002 and a disabling condition where I was in a car accident where I was hit at no faught of my own as a

reasoning for disciplinary action being taken against me for a disabling condition.  Plaintiff argues again that her rights within the ADA, Disability and retaliation claim has been violated for these reason as well the State and Federal Laws of this Jurisdiction System.

 2.  Plaintiff has Oral Argument as to why was the Deposition held September 14, 2015 at the Arkansas State Attorney General Office edited by the Flynn Services in Little Rock Arkansas and Attorney Amber Schubert. Plaintiff has Oral argument that she reported on Deposition that Warden Toni Bradley stated, "Everybody knows you have a Lawsuit"  was in complete retaliation for filing charges with EEOC that ended in reverse action of Termination while pending EEOC case was in progress.

   3.   Plaintiff has Oral Arguments that Sgt. Cockrell admitted under oath that he assumed Plaintiff asleep on the night of December 26, 2013,.  Plaintiff was being forced to change a statement of a question she was asked during a verbal phone conversation with Major Carl Stout.  Plaintiff was falsely  accused  of making conflicted states, when all I did was answer Major Stouts questions.  After the Plaintiff replied that she was not going to change her statement and it was going to remain the same Major Carl Stout got very upset. He called me in the Office and tried to force me to change it again in which I did not do and reported harassment and retaliation because of the pending EEOC charges.  I did not change my statement and only replied an answer to his questions.    Plaintiff has Oral arguments that she reported Stephen Cockrell leaving state keys in the Van with the ignition running for 10-15minutes. Sgt. Stephen Cockrell (White, Male) was neither placed under investigation nor was he Terminated for violation of the Arkansas Department of Corrections Polices of Breach of Security.

   4.  Plaintiff has Oral argument that Richard Spades admitted under oath that other White, Males were reported sleep but still kept their jobs.  Lewis Young also reported under oath that he knew of a Officer being asleep in the outside ROVER vehicle and still kept their jobs and Plaintiff knew of four WHITE, MALES  reported asleep  at the J. A. Hawkins Women Center for the Department of Corrections...Officer Stutts, Officer Brown, Officer Lofendo who as well did not get terminated.

5.  Plaintiff has Oral Argument that while I was on  Panels for interviewing for my position of a Sergeant with the Department of Corrections Mrs. Peggy Durham also was known as Peggy Benish and Peggy Haley stated under oath that she did ask me on an interview Panel, "How was my arm doing?'" in violation of my Disability and ADA rights  and Title VII Civil Rights of 1964.  She also sat on my interview Panels at Tucker Max, Pine Bluff Unit, Wrightsville Unit 3x and then at the J. A. Hawkins Women Unit 2x.

6.  Plaintiff has Oral argument that Carl Stout, Lewis Young stated under oath that they knew of my Disability of my first termination of FMLA leave ran out and served on Carl Stout interviewed on my Panel that could of made decision as to my Disability as to why I was demoted and  given a lesser pay.  For this reason the Department of Corrections did not keep my Medical records confidential and the Plaintiff is seeking Compensatory Damages for all the above reasons and Violations of her rights violated and make request of transcripts and records to be released to the Federal Clerks office in Little Rock and that a reverse rendered decision be in the "FAVOR" of the Plaintiff for all laws that was not applied at JURY TRIAL.

RESPECTFULLY SUBMITED,

_____ 03/10/2016

Valerie A. Walker

**2102 Sidney Street Apt #4C**

**Pine Bluff Arkansas 71602**

**(870) 638-4853 or (870) 329-1873**

## CERTIFICATE OF SERVICE

I, VALERIE A. WALKER, DO HEREBY AND CERTIFY THAT THIS DOCUMENT HAS BEEN FILED WITH THE FEDERAL CLERKS OFFICE AND MAILED TO THE DEFENDANTS' ATTORNEY AMBER R. SCHUBERT 323 CENTER STREET  SUITE# 200 LITTLE ROCK ARKANSAS  72201.



Home   Mail   Search   News   Sports   Finance   Celebrity   Weather   Answers   Flickr   Mobile   More ⌄

Q Sent ⌄   | Search                    Search Mail      Search Web      🏠 Home   👤 Valerie   ⚙

✉ Compose

Inbox (547)
Drafts (36)
Sent
Archive
Spam (67)
Trash (143)

⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Shopping
   Travel
   Finance

⌄ Folders
   documents
   fafsa
   Notes
   pictures
   Synced Messages
   untitled

⌄ Recent
   Valerie Walker
   Filing Transcript and R

← ≪ →   📥 Archive   Move ⌄   🗑 Delete   ••• More ⌄      ⬆ ⬇ ✕

Filing Transcript and Records for Case No. 5:14-cv-268-BSM to...   People ★

**Valerie Walker** <wvalerie58@yahoo.com>                Today at 10:49 AM
To jaammons@gmail.com

   IN THE UNITED STATES DISTRICT COURTS, EASTERN DISTRICT OF
ARKANSAS PINE BLUFF DIVISION  CASE NO. 5:14-CV-268-BSM

TO:    FEDERAL CLERK JUDIE AMMONS or TO WHOM IT MAY CONCERN:

FROM:    VALERIE A. WALKER/PRO SE
         2102 Sidney St. Apt #4C
         Pine Bluff Arkansas 71602

Re:    Plaintiff Petition for Appeal

   Good Morning Ms. Judie Ammons,

      Come now on this 10th day of March, Plaintiff/Valerie A. Walker, make
request for all Transcripts and Records of her Case No. 5:14-cv-268-BSM to be
filed with the Federal Courts Office in Little Rock Arkansas in reference to her
Petition for Appeal with this Courts.  Thank-You for your time and corporation
regarding this matter.

Respectfully Submitted,

Valerie A. Walker

_____
Valerie A. Walker
2102 Sidney Street Apt #4C
Pine Bluff Arkansas 71602
(870) 329-1873 or (870)638-4853