# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1612
_____

Valerie A. Walker

*Plaintiff - Appellant*

v.   (5:14-cv-00268-BSM)

Arkansas Department of Correction; Wendy Kelley, Director; Toni Bradley, Warden; Dexter Payne, Warden

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: October 5, 2016
Filed: October 11, 2016
[Unpublished]

_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Valerie A. Walker appeals following an adverse jury verdict in her employment-discrimination and retaliation action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court construes Walker's pro se appeal as challenging the district court's[1] rulings dismissing several of her claims. *See Jackson v. Nixon*, 747 F.3d 537, 544 (8th Cir. 2014) (appellate court construes pro se complaint liberally); *Greer v. St. Louis Reg'l Med. Ctr.*, 258 F.3d 843, 846 (8th Cir. 2001) (notice of appeal that specifies final judgment is understood to raise for review all previous rulings). Walker's ADA discrimination claims were barred by sovereign immunity. *See Bd. of Tr. of Univ. of Ala. v. Garrett*, 531 U.S. 356, 374 (2001) (Title I of ADA, which prohibits workplace disability discrimination, does not abrogate sovereign immunity). Walker sought reinstatement, but did not provide sufficient evidence indicating that she was perceived as disabled under the ADA. *See* 42 U.S.C. § 12102(2) (disability is, inter alia, being regarded as having physical impairment that substantially limits one or more major life activities); *Kozisek v. County of Seward, Neb.*, 539 F.3d 930, 935 (8th Cir. 2008) (employer regards employee as disabled when it mistakenly believes employee's physical ailments substantially limit his ability to work); *Kincaid v. City of Omaha*, 378 F.3d 799, 804 (8th Cir. 2004) (to establish prima facie claim of disability discrimination, plaintiff must show he is disabled within meaning of ADA). Walker's claims under the Arkansas Civil Rights Act (ACRA) and 42 U.S.C. § 1981 are barred by sovereign immunity because none of the defendants were sued in their individual capacities. *See* Ark. Code Ann. § 16-123-104 (ACRA does not waive sovereign immunity); *Baker v. Chisom*, 501 F.3d 920, 923, 925 (8th Cir. 2007) (if complaint is silent as to capacity in which plaintiff is suing defendant, court will interpret complaint as asserting only official-capacity claims; official-capacity suits are treated as suits against official entity); *Singletary v. Mo. Dep't of Corr.*, 423 F.3d 886, 890 (8th Cir. 2005) (holding that state entities possess Eleventh Amendment immunity from § 1981 claims); *Alabama v. Pugh*, 438 U.S. 781, 782 (1978) (unless sovereign immunity is waived by state, suits against state and its board of corrections are barred by Eleventh Amendment, regardless of relief sought).

---

[1] The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

This court is unable to address Walker's ADA retaliation claim and Title VII discrimination and retaliation claims, which proceeded to a jury trial because Walker has not provided a transcript, and will not address the claims she raises for the first time on appeal. *See* Fed. R. App. P. 10(b)(2) (if appellant argues that finding is contrary to evidence, appellant must include in record transcript of all relevant evidence); *Meroney v. Delta Int'l Mach. Corp.,* 18 F.3d 1436, 1437 (8th Cir. 1994) (lack of transcript prevented meaningful review of issues raised by appellant); *Juarez v. Minnesota*, 217 F.3d 1014, 1017 (8th Cir. 2000) (court of appeals will not entertain arguments raised for first time on appeal).

The judgment is affirmed.

_____

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 11, 2016

Ms. Valerie A. Walker
Apt. 4 C
2102 Sidney Street
White Hall, AR  71602

      RE:  16-1612  Valerie Walker v. AR Dept. of Correction, et al

Dear Ms. Walker:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

CMD

Enclosure(s)

cc:    Ms. Delena C. Hurst
      Mr. Jim McCormack
      Ms. Amber R. Schubert

    District Court/Agency Case Number(s):   5:14-cv-00268-BSM



16-1612 Valerie Walker v. AR Dept. of Correction, et al "per curiam opinion filed" (5:14-cv-00268-BSM)

ca08ml_cmecf_Notify    to:    10/11/2016 07:35 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/11/2016

| | |
|---|---|
| **Case Name:** | Valerie Walker v. AR Dept. of Correction, et al |
| **Case Number:** | 16-1612 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: Lavenski R. Smith, Duane Benton and Bobby E. Shepherd (UNPUBLISHED) [4457094] [16-1612] (Catherine Dolan)

**Notice will be electronically mailed to:**

Ms. Delena C. Hurst: delena.hurst@arkansasag.gov, agcivil@arkansasag.gov, kelly.rowland@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Amber R. Schubert, Assistant Attorney General: amber.schubert@arkansasag.gov, toni.hamp@arkansasag.gov, agcivil@arkansasag.gov

**Notice will be mailed to:**

Ms. Valerie A. Walker
Apt. 4 C
2102 Sidney Street
White Hall, AR 71602

The following document(s) are associated with this transaction:
**Document Description:** Per Curiam Opinion filed

**Original Filename:** 161612U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/11/2016] [FileNumber=4457094-0]
[3324d984f83b680d4bbffb63009f1da11faf81360c06384dbf540e0200fd590c1f2244fbf977a7e76
4f49f5f9befb283b69615ef4d777b055d580e437d437760]]

**Document Description:** Counsel Opinion Letter
**Original Filename:**
/opt/ACECF/live/forms/cdolan_161612_4457094_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/11/2016] [FileNumber=4457094-1]
[2e1bb6e326d81bff9ff1c5ec8ac8df79f24568cfbcc142b31cd5342f4c80a3d6bcf49c127ba202b360
647b2671e52f37dc986318cb83c4ce6e7beae42d9efe97]]

**Recipients:**
- Ms. Delena C. Hurst
- Mr. Jim McCormack, Clerk of Court
- Ms. Amber R. Schubert, Assistant Attorney General
- Ms. Valerie A. Walker

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4457094
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 5653349, 5653350, 5653351